# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

REBECCA A. ALSTON

VERSUS

JEFFREY S. JOHNSON

NO. 2023 CW 0626

**SEPTEMBER 11, 2023**

---

In Re:   Rebecca A. Alston, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20222122.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed, pursuant to the relator's Motion to Dismiss Application for Supervisory Writ of Review filed August 7, 2023 seeking to dismiss her Application for Supervisory Writ "as the parties have resolved all outstanding claims."

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT